AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JAN 25 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Crystal Marie SOTELO | ) Case No. EP-21-M-143-RFC (1)(2) |
| Brian Anthony OSEGUERA | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 22, 2021__ in the county of __Hudspeth__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C § 1324 (a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States by means of transportation and otherwise, in furtherance of said violation of law. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet

_____
Complainant's signature

Deborah Rivero- HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/25/2021

_____
Judge's signature

City and state: El Paso, Texas        Robert F. Castaneda- U.S. Magistrate Judge
Printed name and title

Oath Telephonically Sworn
At 1:13 PM
Fed.R.Crim.P.4.1(b)(2)(A)

AFFIDAVIT

On January 22, 2021, at approximately 4:00 am, a United States Border Patrol Agent (BPA) assigned to the USBP Sierra Blanca Station in Sierra Blanca, Texas was conducting routine roving inspections on Interstate-10 (I-10) approximately 30 miles east of Sierra Blanca, Texas. USBP Agents were actively looking for a group of suspected Illegal Aliens (IAs) who had absconded into the desert terrain after they had been spotted near mile marker 136 south of I-10 earlier in the shift. The BPA was informed that another USBP Agent had witnessed a Dodge minivan that had been traveling westbound on I-10, exited and performed a U-turn at the Allamore exit and was now traveling eastbound. The Allamore exit is located on I-10 by mile marker 131 in Allamore, Texas; which is located west of Van Horn, Texas and situated in Hudspeth County in the Western District of Texas. The Allamore exit is a common pick-up location for alien and narcotic smuggling activities.

The BPA stationed himself on I-10 East and observed a silver Dodge Grand Caravan driving eastbound towards his direction. As the vehicle passed the BPA's marked vehicle, he noticed the driver had a stiff and rigid posture. The BPA pulled onto I-10 and attempted to catch up to the vehicle so he could run a record check on the license plate. The BPA then witnessed the driver abruptly tapped on the brakes several times and began to slow down before it began swerving onto the shoulder of the road. Based off previous experience, the BPA suspected the driver may have been attempting to slow down and pull over to allow the vehicle's occupants to exit the vehicle and abscond into the brush to avoid apprehension. At this time, the BPA decided to activate his vehicle emergency lights in order to conduct an immigration inspection on the vehicle's occupants.

When the vehicle came to a stop, the BPA identified himself to the driver, later identified as Brian Anthony OSEGUERA, and asked OSEGUERA to state his citizenship. OSEGUERA said he was a United States Citizen (USC). The BPA then noticed several disheveled subjects attempting to crouch down by the van's rear floorboard. The BPA asked the driver who the subjects in the back of the van were, and OSEGUERA said they were his cousins. The BPA asked OSEGUERA how many cousins were in the van. OSEGUERA stated he did not know because his family was very large. The BPA then asked the front passenger, later identified as Crystal Marie SOTELO, to state her citizenship. She said she was a USC. The BPA then asked the nine passengers in the backseat if they had any documentation that would allow them to be or remain in the United States legally. All nine passengers admitted they did not. At this time, all eleven individuals were placed under arrest and transported to the USBP Sierra Blanca station for processing.

Homeland Security Investigation (HSI) Special Agent (SA) Deborah Rivero responded to the USBP Sierra Blanca station to investigate of the smuggling event.

A custodial interview of Crystal Marie SOTELO was initiated. In the recorded interview SA Rivero presented SOTELO with her Miranda Rights in the English language. SOTELO acknowledged both verbally and in writing that she understood her rights and agreed to make a voluntary statement without the presence of an attorney.

SOTELO admitted she and OSEGUERA lived together in Tennessee and were struggling to make ends meet due to the coronavirus pandemic. They had been offered the opportunity to pick up IAs by an individual they had met in Dallas, Texas. SOTELO said three day prior to their apprehension, they were instructed to travel to Dallas, Texas from Memphis, Tennessee and wait for further instructions. Once they were in Dallas, they were told to travel to Van Horn, Texas to pick up nine IAs. SOTELO said they were going to transport the IAs back to Dallas and they were going to be paid $500-$600 per person. SOTELO admitted that she and OSEGUERA had transported groups of IAs on two prior occasions for an unknown Alien Smuggling Organization (ASO) and were also paid for those smuggling schemes.

A custodial interview of Brian Anthony OSEGUERA was initiated. In the recorded interview SA Rivero presented OSEGUERA with his Miranda Rights in the English language. OSEGUERA acknowledged both verbally and in writing that he understood his rights and agreed to make a voluntary statement without the presence of an attorney.

OSEGUERA admitted he and SOTELO were in Van Horn, Texas to pick up nine IAs. He said they were going to transport the group to Dallas, Texas and were going to be paid $500-$600 per person. OSEGUERA said they had picked up IAs in the past and had transported them to various states. He said SOTELO was the one who set up all the smuggling arrangements with unidentified members of an ASO and he agreed to accompany SOTELO so they could earn money.

I make this affidavit on the basis of my personal knowledge, as well as the basis of information furnished to me by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.